JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOHNATHAN MARTIN,

Plaintiff,

vs.

CITY OF SAN BERNARDINO; SAN BERNARDINO POLICE DEPARTMENT; SAN BERNARDINO OFFICER SINCLAIR; and SAN BERNARDINO POLICE OFFICER DOES 1 through 10, inclusive,

Defendants.

) Case No.: 5:24-cv-02217-SP
)
) **ORDER:**
)
)     1)  **DISMISSING WITH**
)         **PREJUDICE OF ALL**
)         **CLAIMS BY PLAINTIFF**
)         **JOHNATHAN MARTIN**
)         **AGAINST ALL**
)         **DEFENDANTS; AND**
)     2)  **WAIVING ATTORNEYS'**
)         **FEES AND COSTS**
) [Fed.R.Civ.P., Rule 41(a)(1)(A)(ii)]
)
) *[Stipulation Re: Dismissal filed*
) *concurrently herewith]*

**Matter for Determination before the Honorable Magistrate Judge Sheri Pvm**

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), all claims by Plaintiff JOHNATHAN MARTIN against all Defendants, including CITY OF SAN BERNARDINO, SAN BERNARDINO POLICE DEPARTMENT and SAN BERNARDINO OFFICER SINCLAIR as well as all current and former Defendants, as well as the Defendants' past, present and future employees, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated, are dismissed in their entirety and with prejudice.

IT IS FURTHER DECREED that all claims for attorneys' fees and costs under 42 U.S.C. § 1988 and any other provision of law have been waived by Plaintiff JOHNATHAN MARTIN and by all Defendants including CITY OF SAN BERNARDINO, SAN BERNARDINO POLICE DEPARTMENT and SAN BERNARDINO OFFICER SINCLAIR.

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____

The Honorable Sheri Pym

2

[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL